# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA GARLICK, as Administratrix of the Estate of GEORGE B. GARLICK, III, and in her own right, | : : : : | No. 4:12-CV-01166 (Judge Brann) |
| Plaintiff, | : : | |
| v. | : : | |
| ANADARKO PETROLEUM CORPORATION, ANADARKO ENERGY SERVICES COMPANY, ANADARKO E & P COMPANY LP, and ANADARKO MARCELLUS MIDSTREAM, LLC, | : : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of August 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 125, is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of the Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge